813

diction noted. 
██

No. 86–1961. TULSA PROFESSIONAL COLLECTION SERVICES, INC. *v.* POPE, EXECUTRIX OF THE ESTATE OF POPE. Appeal from Sup. Ct. Okla. Probable jurisdiction noted. 

No. 86–1743. MONESSEN SOUTHWESTERN RAILWAY CO. *v.* MORGAN. Appeal from Sup. Ct. Pa. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Probable jurisdiction noted. 

No. 86–7113. KADRMAS ET AL. *v.* DICKINSON PUBLIC SCHOOLS ET AL. Appeal from Sup. Ct. N. D. Motion of appellants for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted. 

No. 87–5002. McCOY *v.* COURT OF APPEALS OF WISCONSIN, DISTRICT 1. Appeal from Sup. Ct. Wis. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 86–1970. MISSISSIPPI POWER & LIGHT CO. *v.* MISSISSIPPI EX REL. PITTMAN, ATTORNEY GENERAL OF MISSISSIPPI, ET AL. Appeal from Sup. Ct. Miss. Further consideration of question of jurisdiction postponed to hearing of case on the merits. 

No. 86–1520. BROCK, SECRETARY OF LABOR *v.* RICHLAND SHOE CO. C. A. 3d Cir. Certiorari granted. 

No. 86–1715. FEDERAL LABOR RELATIONS AUTHORITY *v.* ABERDEEN PROVING GROUND, DEPARTMENT OF THE ARMY. C. A. 4th Cir. Certiorari granted.

No. 86–1753. DOE *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted.

No. 86–1764. BETHESDA HOSPITAL ASSN. ET AL. *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari granted.